B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pacific Coast Investment Management, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Coastal Circle K/76; FDBA A & I Business Solutions** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**26-1490442** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2646 E. Alessandro # A**<br>**Riverside, CA**       ZIP Code **92508** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**5750 Division St., #101**<br>**Riverside, CA**       ZIP Code **92506** | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition **(This page must be completed and filed in every case)** | Name of Debtor(s): **Pacific Coast Investment Management, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) | Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pacific Coast Investment Management, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Lazaro E. Fernandez**
Signature of Attorney for Debtor(s)

**Lazaro E. Fernandez 134430**
Printed Name of Attorney for Debtor(s)

**Law Office of Lazaro E. Fernandez, Inc.**
Firm Name

**3600 Lime St. Suite 614**
**Riverside, CA 92501**

_____
Address

**Email: lef17@pacbell.net**
**951-684-4474  Fax: 951-684-4625**
Telephone Number

**February 26, 2011              134430**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Seals**
Signature of Authorized Individual

**Anthony Seals**
Printed Name of Authorized Individual

**President/CEO**
Title of Authorized Individual

**February 26, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Pacific Coast Investment Management, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AT&T<br>Post Office Box 6463<br>Carol Stream, IL 60197-6463 | AT&T<br>Post Office Box 6463<br>Carol Stream, IL 60197-6463<br>800-331-0500 | Trade | | 2,044.00 |
| AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | AT&T<br>Payment Center<br>Sacramento, CA 95887-0001<br>800-750-2355 | Trade | | 590.00 |
| Athens Services<br>P.O. Box 60009<br>City of Industry, CA 91716 | Athens Services<br>P.O. Box 60009<br>City of Industry, CA 91716<br>888-336-6100 | Trade | | 244.16 |
| Attic Mini Storage<br>3375 Arlington Ave.<br>Riverside, CA 92506 | Attic Mini Storage<br>3375 Arlington Ave.<br>Riverside, CA 92506<br>951-784-2051 | Trade | | 118.15 |
| City of Rivereside Finance<br>2900 Main St.<br>Riverside, CA 92522 | City of Rivereside Finance<br>2900 Main St.<br>Riverside, CA 92522<br>951-826-5465 | (Approx) Trade | | 5,000.00 |
| City of Riverside Fire Prev.<br>3900 Main St.<br>Riverside, CA 92522 | City of Riverside Fire Prev.<br>3900 Main St.<br>Riverside, CA 92522 | Trade | | 68.00 |
| Concept Marketing<br>P.O. Box 4445<br>Riverside, CA 92514 | Tim White<br>Concept Marketing<br>P.O. Box 4445<br>Riverside, CA 92514<br>951-656-7600 | Trade | | 1,825.00 |
| Dept. of Environmental Health<br>P.O. Box 7600<br>Riverside, CA 92513 | Dept. of Environmental Health<br>P.O. Box 7600<br>Riverside, CA 92513<br>888-722-4234 | Trade | | 2,625.00 |
| Direct TV<br>P.O. Box 5392<br>Miami, FL 33152 | Direct TV<br>P.O. Box 5392<br>Miami, FL 33152 | Trade | | 96.98 |

B4 (Official Form 4) (12/07) - Cont.

In re **Pacific Coast Investment Management, Inc.**   Case No. _____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Division of Weights and Measures** <br> **P.O. Box 1089** <br> **Riverside, CA 92502** | **Division of Weights and Measures** <br> **P.O. Box 1089** <br> **Riverside, CA 92502** <br> **951-955-3002** | **Trade** | | **790.00** |
| **Pedley Propane** <br> **17846 Van Buren Blvd.** <br> **Riverside, CA 92508** | **Pedley Propane** <br> **17846 Van Buren Blvd.** <br> **Riverside, CA 92508** <br> **951-780-8000** | **Trade** | | **715.45** |
| **Riverside Public Utilities** <br> **Customer Service Center** <br> **3025 Madison Avenue** <br> **Riverside, CA 92504** | **Riverside Public Utilities** <br> **Customer Service Center** <br> **3025 Madison Avenue** <br> **Riverside, CA 92504** <br> **951-782-0330** | **Trade** | | **5,329.48** |
| **Roorda, Piquet & Bessee** <br> **5995 Brockton Ave., F-12** <br> **Riverside, CA 92506** | **Carrie Miller** <br> **Roorda, Piquet & Bessee** <br> **5995 Brockton Ave., F-12** <br> **Riverside, CA 92506** <br> **951-684-7781** | **Trade** | | **8,625.00** |
| **Shred it** <br> **Post Office Box 77385** <br> **Corona, CA 92877** | **Shred it** <br> **Post Office Box 77385** <br> **Corona, CA 92877** <br> **951-272-4708** | **Trade** | | **198.51** |
| **Shyne Inc.** <br> **130 N. Fairview # B** <br> **Santa Ana, CA 92703** | **Sam Misto** <br> **Shyne Inc.** <br> **130 N. Fairview # B** <br> **Santa Ana, CA 92703** | **Trade (Disputed, contingent, unliquidated** | | **16,325.00** |
| **Sparkletts WAter** <br> **P.O. Box 660579** <br> **Dallas, TX 75266** | **Sparkletts WAter** <br> **P.O. Box 660579** <br> **Dallas, TX 75266** | **Trade** | | **9.00** |
| **State Board of Equalization** <br> **3737 Main St., Ste. 1000** <br> **Riverside, CA 92501** | **David Cheng** <br> **State Board of Equalization** <br> **3737 Main St., Ste. 1000** <br> **Riverside, CA 92501** <br> **951-680-6483** | **Trade** | | **34,936.88** |
| **Verizon California** <br> **P.O. Box 920041** <br> **Dallas, TX 75392** | **Verizon California** <br> **P.O. Box 920041** <br> **Dallas, TX 75392** <br> **800-483-5700** | **Trade** | | **2,280.95** |
| **XCS Copier** <br> **1476 Valencia Dr.** <br> **Fullerton, CA 92831** | **XCS Copier** <br> **1476 Valencia Dr.** <br> **Fullerton, CA 92831** <br> **714-626-1818** | **Trade** | | **141.00** |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Pacific Coast Investment Management, Inc.**    Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 26, 2011**    Signature  **/s/ Anthony Seals**
                                          **Anthony Seals**
                                          **President/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed at | **Riverside**, California. | **/s/ Anthony Seals** |
| | | **Anthony Seals** |
| | | *Debtor* |
| Dated | **February 26, 2011** | |
| | | *Joint Debtor* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                          F 1015-2.1

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re

**Pacific Coast Investment Management, Inc.**

Case No.:

Debtor.

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept           $      **15,000.00**
   Prior to the filing of this statement I have received $      **15,000.00**
   Balance Due                                            $          **0.00**

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor        ■ Other (specify):   **Anthony Seals**
                                         **President/CEO**

4. The source of compensation to be paid to me is:

   ☐ Debtor        ■ Other (specify):   **Debtor--Subject to bankruptcy court review and approval after notice and a hearing.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **February 26, 2011** | **/s/ Lazaro E. Fernandez** |
|---|---|
| *Date* | **Lazaro E. Fernandez 134430** |
| | *Signature of Attorney* |
| | **Law Office of Lazaro E. Fernandez, Inc.** |
| | *Name of Law Firm* |
| | **3600 Lime St. Suite 614** |
| | **Riverside, CA 92501** |
| | **951-684-4474  Fax: 951-684-4625** |

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     **Lazaro E. Fernandez 134430**

Address  **3600 Lime St. Suite 614 Riverside, CA 92501**

Telephone **951-684-4474 Fax: 951-684-4625**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years: **Pacific Coast Investment Management, Inc. DBA Coastal Circle K/76; FDBA A & I Business Solutions** | Case No.: |
|---|---|
| | Chapter: **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **February 26, 2011**        **/s/ Anthony Seals**
                                    **Anthony Seals**/**President/CEO**
                                    Signer/Title

Date: **February 26, 2011**        **/s/ Lazaro E. Fernandez**
                                    Signature of Attorney
                                    **Lazaro E. Fernandez 134430**
                                    **Law Office of Lazaro E. Fernandez, Inc.**
                                    **3600 Lime St. Suite 614**
                                    **Riverside, CA 92501**
                                    **951-684-4474   Fax: 951-684-4625**

.

Pacific Coast Investment Management, Inc.
5750 Division St., #101
Riverside, CA 92506


Lazaro E. Fernandez
Law Office of Lazaro E. Fernandez, Inc.
3600 Lime St. Suite 614
Riverside, CA 92501


AT&T
Post Office Box 6463
Carol Stream, IL 60197-6463


AT&T
Payment Center
Sacramento, CA 95887-0001


Athens Services
P.O. Box 60009
City of Industry, CA 91716


Attic Mini Storage
3375 Arlington Ave.
Riverside, CA 92506


City of Rivereside Finance
2900 Main St.
Riverside, CA 92522


City of Riverside Fire Prev.
3900 Main St.
Riverside, CA 92522

```
Concept Marketing
P.O. Box 4445
Riverside, CA 92514


Conoco Phillips
Liquid Damages
3611 Harbor Blvd., Ste 200
Santa Ana, CA 92704


Conoco Phillips
Amortized Loan
3611 Harbor Blvd., Ste 200
Santa Ana, CA 92704


Dept. of Environmental Health
P.O. Box 7600
Riverside, CA 92513


Direct TV
P.O. Box 5392
Miami, FL 33152


Division of Weights and Measures
P.O. Box 1089
Riverside, CA 92502


Law Off of Chandler, Potter, etc
3800 Orange St., Ste. 270
Riverside, CA 92501


Law Off of David Bloom
3699 Wilshire Blvd., 10th Fl.
Los Angeles, CA 90010
```

Pedley Propane
17846 Van Buren Blvd.
Riverside, CA 92508


Riverside County Treasurer
Post Office Box 12010
Riverside, CA 92502


Riverside Public Utilities
Customer Service Center
3025 Madison Avenue
Riverside, CA 92504


Roorda, Piquet & Bessee
5995 Brockton Ave., F-12
Riverside, CA 92506


Shred it
Post Office Box 77385
Corona, CA 92877


Shyne Inc.
130 N. Fairview # B
Santa Ana, CA 92703


Sparkletts WAter
P.O. Box 660579
Dallas, TX 75266


State Board of Equalization
3737 Main St., Ste. 1000
Riverside, CA 92501

```
Verizon California
P.O. Box 920041
Dallas, TX 75392


VIP Trust
3450 Verdugo Rd.
Glendale, CA 91208


Watern Municipal Water
P.O. Box 7000
Artesia, CA 90702


XCS Copier
1476 Valencia Dr.
Fullerton, CA 92831
```

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Lazaro E. Fernandez**<br>**Law Office of Lazaro E. Fernandez, Inc.**<br>**3600 Lime St. Suite 614**<br>**Riverside, CA 92501**<br>**951-684-4474 Fax: 951-684-4625**<br>**134430**<br><br>E-mail: **lef17@pacbell.net**<br><br>☒ *Attorney for*: Debtor | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Pacific Coast Investment Management, Inc.**<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists      Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed:
☐ Other:      Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      _____
*Signature of Authorized Signatory of Filing Party*      Date

**Anthony Seals**
*Printed Name of Authorized Signatory of Filing Party*

**President/CEO**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      _____
*Signature of Attorney for Filing Party*      Date

**Lazaro E. Fernandez 134430**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy